| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Holloway, Jr., William J. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>06/02/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Board of Directors. | The Historical Society of the Tenth Judicial Circuit |
| 2.   Monthly phone conferences and infrequent face-to-face meetings. | (No Compensation) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN -3 A 10: 33 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 06/02/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J, | 06/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. O.G.E. Energy Corp.(Common Stock) | B | Dividend | K | T | None | | | | |
| 2. AT&T, Inc.(was SBC)((Common Stock) | D | Dividend | M | T | Merger | | | | See Part VIII, No. 1 |
| 3. NYNEX(deleted as per 9/25/01 committee letter | | None | | | None | | | | See Part VIII, No. 2 |
| 4. Bell Atlantic (Deleted as per Committee ltr.) | | None | | | None | | | | See Part VIII, No. 2 |
| 5. Bell South (Acquired by AT&T Inc.) | | None | | | None | | | | Acquired by AT&T 2007 |
| 6. Ameritech (deleted as per 9/25/01 committee ltr.) | | None | | | | | | | See part VIII, No. 2 |
| 7. Pacific Telesis (deleted as per 9/25/01 committee ltr.) | | None | | | | | | | See part VIII, No. 2 |
| 8. First State Bank, Pond Creek, OK (Common Stock) | B | Dividend | K | W | None | | | | Owned by Wife |
| 9. Deleted as per 9/25/01 (Committee ltr instruction) | | None | | | | | | | |
| 10. ▮▮▮ 1/3 interest ▮▮▮ ▮▮▮ cabin, Chaffee Cnty,CO | | None | K | W | None | | | | |
| 11. Oil & Gas Royalty, Love Co., OK* | Deleted due to inclusion in State of Oklahoma data infra. None | | | | | | | | |
| 12. Oil & Gas Royalty, Woods County, OK (Chespeake)* | Deleted due to inclusion in State of Oklahoma data infra. None | | | | | | | | |
| 13. Oil & Gas Royalty, Woods County, OK(Marshall Buyer)* | Deleted due to inclusion in State of Oklahoma data infra. None | | | | | | | | |
| 14. Oil & Gas Mineral Interest, Blaine County, OK (Chesapeake)* | Deleted due to inclusion in State of Oklahoma data infra. None | | | | | | | | |
| 15. Deleted as per 9/25/01 Committee ltr. | | | | | | | | | |
| 16. Oil & Gas Royalty Interests, Grant Co., Okla. | Deleted due to inclusion in State of Oklahoma data infra. | | | | | | | | |
| 17. IRA Acct/w BankOne closed. | | None | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,000 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deleted as per 9/25/01 Committee Instruction Ltr | | | | | | | | | |
| 19. Deleted as per 9/25/01 Committee Instruction Ltr. | | | | | | | | | |
| 20. Deleted as per 9/25/01 Committee Ltr. | | | | | | | | | |
| 21. Deleted as per 9/25/01 Committee Instruction Ltr. | | | | | | | | | |
| 22. Oil & Gas Royalty Interest, Morton & Kearny Cos., Ks.* | Deleted due to inclusion in Kansas state report infra. | | | | | | | | |
| 23. Maple Leaf Gold Coins | | None | J | W | None | | | | |
| 24. NOW Checking Account Closed in 1997 | | | | | | | | | |
| 25. Checking & Saving Accts. BankOne (now Chase) | C | Interest | M | T | None | | | | |
| 26. Trust Closed as reported in earlier year | | | | | | | | | |
| 27. Oklahoma Royalty (See Okla. Schedule Attached)* | D | Royalty & Bonus | M | W | None | | | | Two year oil and gas lease given in Garvin County, OK |
| 28. Kansas Royalty (See Ks. schedule attached) | D | Royalty | L | W | None | | | | |
| 29. Texas Royalty (See Tx. Schedule attached) | B | Royalty | J | W | None | | | | |
| 30. Pontotoc Co., OK ▬▬▬ Royalty Interest | A | Royalty | J | W | None | | | | |
| 31. Deleted as per 9/25/01, Committee Ltr. | | | | | | | | | |
| 32. See item 25 above | | | | | | | | | |
| 33. Lucent Technologies, Inc. (now Alcatel Lucent)(Common Stock) | | None | J | T | | | | | |
| 34. NCR Corp. | | None | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J, | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  U.M.B. Money Market | B | Interest | L | T | | | | | |
| 36.  Now AT&T Inc. (See item 2 above.) | | | | | | | | | |
| 37.  Bank of Oklahoma (Checking Account) | C | Interest | M | T | | | | | |
| 38.  Vodafone Group PLC | A | Dividend | K | T | None | | | | |
| 39.  NBC Bank(Oklahoma City) | D | Interest | M | T | | | | | |
| 40.  Smith V. Amoco settlement - Stevens Co., Kansas | Deleted due to settlement was one-time deal. | | | | | | | | |
| 41.  Verizon Communications, Inc. | C | Dividend | L | T | | | | | |
| 42.  Agere | Deleted due to 4/1/2007 merger with L.S.I. | | | | | | | | |
| 43.  Mass Mutual Ins. Policy | A | Dividend | J | W | | | | | Cash Surrender Value |
| 44.  New York Life Ins.(2 policies) | A | Dividend | J | W | | | | | Cash surrender value |
| 45.  Avaya | | None | Deleted due to redemption. | | | | | | |
| 46.  Comcast | A | None | K | T | | | | | AT&T broadband merged |
| 47.  Idearc | A | Dividend | J | T | | | | | Spinoff from Verizon |
| 48.  Teradata Corporation x | | None | J | T | | | | | Spinoff from NCR |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From Part Vii - Investments and Trusts

1. This is my old SBC stock plus my old AT&T stock. After merger the surviving corporation took the name "AT&T Inc." and I have a total number of shares in this new AT&T Inc. Income and value of both are combined.

2. Deleted as per 9/25/01 Committee Letter.

3. We have prepared 3 detailed attachments entitled "Payor Update." One each for Texas, Kansas and Oklahoma are attached. They show the payor of royalty or other income, the counties and the years covered. We include 1999 through 2003 to trace for the committee the relevant history as to the oil and gas interests which the oil companies frequently transfer. Behind these 3 "Payor Updates," there is a detailed "Schedule A" listing the mineral interests, overriding royalty interests, and term royalty interests comprising the oil and gas interests of ███████, with legal descriptions. This is a breakdown of the oil and gas interests in Texas, Kansas and Oklahoma owned by ██████ and covered by the "Payor Updates" to which Schedule A is attached. We trust that the general listings in the "Payor Updates" will clarify the reporting of the oil and gas interests.

4. As to date of report, an extension was granted by the committee to 6/14/08.

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 1999 | | 2000 | | 2001 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| American Processing Allied with Knenergy | Carson (Cooper Lease) | American Processing (Allied with Kindermorgan) One Oak Field Services | Carson (op. cit.) | OneOak Field Services | Carson (op. cit.) |
| Phillips Oil | Carson (Cooper Lease) | Phillips 66 Oil | Carson (op. cit.) | Phillips 66 Oil ½ year then Ultimar Diamond Shamrock | Carson (Op. cit.) |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Myriad Resources | Gray (op. cit.) | Myriad Resources Corp. | Gray (Op. Cit.) |
| Phillips Gas (GPM) | Gray (McLaughlin) | Phillips Gas Merged with Duke Energy | Gray (op. cit.) | Duke Energy | Gray (op. cit.) |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| One oak field services | Carson (Cooper Lease) | Oneoak Field Services | Carson (Cooper Lease) | Oneoak Texas Field Services Gas | Carson (Cooper A&G) |
| Ultimar Diamond Shamrock then Valero Market Supply | Carson (Cooper Lease) Combined 1099 | Valero Mkt. Supply | Carson (Cooper Lease) | Valero Mkt.Supply Oil | Carson (Cooper A&G) |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Myriad Resources Corp. | Gray (McLaghlin Lease) | Myriad Resources Corp. Oil | Gray (McLaghlin) |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Duke Energy | Gray (McLaughlin | Duke Energy | Gray (McLaughlin) | Duke Energy Field Service Gas | |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2005 | | 2006 | | 2007 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Oneoak Texas Field Services Gas | Carson (Cooper Lease) | Eagle Rock Energy<br><br>One payment only from Oneoak | Carson (Cooper A&G) | Eagle Rock Energy | Carson (Cooper) |
| Valero Mkt. Supply Oil | Carson (Cooper A&G) | Valero Mkt.Supply Oil | Carson (Cooper A & G) | Valero Mkt. Supply | Carson (Cooper) |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Pantwist LLG | Gray McLaughlin | Pantwist LLC | Gray (McLaughlin) |
| Duke Energy Field Service Gas | Gray (McLaughlin) | Duke Energy Field Service Gas | Gray (McLaughlin.) | Name Change DCP Midstream Jan. 07 | Gray (McLaughlin) |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| **1999** | | **2000** | | **2001** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Belco | Love (Leon Unit) | Belco Energy | Love (op. cit.) | Belco Energy | Love (op. cit.) |
| Chesapeak Op. Inc. and Weiser Brown Op. | Woods (Whitlaw) | Chesapeake Op. Inc. | Woods (op. cit.) | Chesapeake Op. Inc. | Woods (op. cit.) |
| Duke | Logan (Lewis, Rosalie, FIFI & Miss Claudia) | Duke Merged April GPM i e (Phillips Gas) | Logan (op. cit.) | Duke Energy | Logan (op. cit.) |
| Enerwest | Garvin (w. Katie) | Enerwest Trading Co. | Garvin (op. cit.) | Enerwest | Garvin (op. cit.) |
| Equiva (Shell & Texaco) | Pontotoc (Beebe Calvin) | Equiva | Pontotoc (op. cit.) | Equiva | Pontotoc (op. cit.) |
| Sunoco, Inc. | Logan (West Navina Babcock 1) Pontotoc (Starrit & Mary Gordon | Sunoco, Inc.. Feb. 14 Shields Energy Acquired Logan See Below | Pontotoc & Logan (op. cit.) | Sunoco, Inc. | Pontotoc (op. cit.) |
| Teppco | Logan (Fifi 1 & 2) | Teppco Crude | Logan (op. cit.) | Teppco | Logan (op. cit.) |
| | | Shields Energy February 14 | Logan (West Navina) (op. cit.) See Sunoco above | Shields Op. Inc. | Logan (op. cit.) |
| Greenwood Energy, Inc. | Woods (Lease Bonus) Whitlaw 2/12 | | | EOTT Energy (Enron) from Koch | Logan (Rosalie) |
| SS & L Oil and Gas | Woods (Lease Bonus) 8/10 River had Moved | | | | |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Belco energy merged with Westport Oil and Gas. Then acquired by Aries Op. | Love (Leon Unit) | Aries Op. | Love (Leon Unit) (See Water Flood below) Page 2 | Aries Op L.L.C. | Love (Leon Unit) |
| Chesapeake Op. Inc. | Woods (Whitlaw) and Logan. Fifi- 1 & 2 | Chesapeake Op. Inc. | Woods (Whitlaw) Logan Fifi-1 | Chesapeake Op. Inc.

Chesapeake Expl. Lmtd. | Woods (Whitlaw) 1-29 Logan (Fi Fi 1&2) and Velma Alma Settlement in Logan

Blaine Lease Bonus - ██████ |
| Duke Energy | Logan (Lewis, Rosalie, Fifi 1 & 2, Miss Claudia) | Duke Energy | Logan(Lewis, Rosalie, Fifi 1 & 2, Miss Claudia | Duke Energy | Logan Lewis, Rosalie, Miss Claudia, Fi Fi 1 & 2 |
| Enerwest | Garvin (W. Katie) | Enerwest | Garvin (W. Katie) | Enerwest Trading LLC | Garvin (West Katie) |
| Equiva then Shell Trading | Pontotoc (Beebe Calvin | Shell Trading | Pontotoc (Beebe Calvin Sand) | Shell Trading | Pontotoc (Beebe Calvin Sand Unit) No Income 2004. Must have shut down. |
| Sunoco, Inc. | Pontotoc(Starrit & Mary Gordon) Logan (West Navina) | Sunoco. Inc. | Pontotoc (Starrit & Mary Gordon) Logan (West Navina | Sunoco | Logan Waterfloor (W. Navina) Pontotoc (Starrit & Gorson) |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Teppco gone See Chesapeake (Above) | Logan (Fifi) 1 & 2 | | | | |
| Shields | Logan (Babcock) (West Navina) | Shields Op. Inc. | Logan (West Navina) Babcock- Water-Flood | Shields Op. Inc. | Logan Waterfloor (W. Navina Babcock) |

| | | | | | |
|---|---|---|---|---|---|
| Eott Energy Op. (Enron) Bankruaptcy | Logan (Rosalie) from Koch (Also Bankrupt) | Eott Energy Op. (Enron) Bankruptcy | Logan (Rosalie) 1-10 | Eott | Logan (Rosalie 1-10) Still Bankrupt |
| | | RDH Enterprises, Inc. Lease Bonus 3 year | Woods �merged▬ | RDH Enterprises | Woods No income from lease |
| | | L.E. Jones Op. Waterflood (Woodruff Deese Sand) Unit | Love ▬▬ | L.E. Jones Op. Inc. | Love (Woodruff Deese Sand Unit) Waterfloor |
| | | | | | |

| PAYOR UPDATE | | OKLAHOMA | | OKLAHOMA | |
|---|---|---|---|---|---|
| 2005 | | 2006 | | 2007 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Aries Op L.L.C. | Love (Leon Unit) | Aries Op L.P. | Love (Leon Unit) | Aries Op L.L.C. | Love |
| Chesapeake Op. Inc.<br><br>Chesapeake Expl. Lmtd. | Woods (Whitlaw) 1-29 Logan (Fi Fi 1&2<br><br>Producing Well Blaine | Chesapeake Op. Inc. | Blaine (Burns Trust) Logan (Fi Fi 1&2 Woods (Whitlaw) 1-29) | Chesapeake DP Inc. | Blaine Logan Woods |
| Duke Energy | Logan Lewis, Rosalie, Miss Claudia. Fi Fi 1 & 2 | Duke Energy Field Serv. | Logan Lewis, Rosalie. Miss Claudia. Fi Fi 1 & 2 | Jan. 1 Name Change DCP Midstream | Logan |
| Enerwest Trading LLC | No Production Garvin W. Katie | Enerwest | No Production Garvin | -- | -- |
| Shell Trading | No Production Pontotoc | Shell Trading | Beebe Calvin Sand Pontotoc | Gone to Sunoco | Pontotoc |
| Sunoco | Logan Waterflood (W. Navina) Pontotoc (Starrit & Gordon) | Sunoco | Logan Waterflood (W. Navina) Pontotoc (Starrit & Gordon) | Sunoco | Pontotoc Logan |
| Shields Op. Inc. | Logan Waterflood (W. Navina Babcock) | Shields Op. Inc. | Logan Waterflood (W. Navina Babcock) | Shields | Logan |
| Eott Energy Op | Logan (Rosalie 1-10) Still Bankrupt | Eott Energy still Bankrupt | Logan (Rosalie) | Eott (Enron Bankrupt) | Logan |
| Marshall Oil Corp. | Woods Whitlaw 1-3 | Marshall Oil Corp. | Woods Whitlaw 1-32 | Marshall Oil Corp. | Woods |
| L.E. Jones Op. Inc. | Love Woodruff Deese Sand Unit r | L.E. Jones Op. Inc. | Love (Woodruff Deese Sand) | L.E. Jones Op. Inc. | Love |
| Osage Land Co. | Pooling Bonus Logan County | 1. Crest Resources Lease Bonus 2. Gentry Minerals. LLC Lease Bonus | Woodward | R.L. Clampitt Ass. Inc. Lease Bonus | Garvin |
| | | General Mineral L.L.C. Logan | | Altex Energy | Logan |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 1999 | | 2000 | | 2001 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Amoco | Morton (Bear, Light, Evans) and Kearny (Johnson Gas Wells) | B P Amoco (British Petrol) | Morton (op cit.) Kearny (op. cit.) | B P Amoco | Morton (op cit.) Kearny (op. cit.) |
| Nat'l Coop Refining, LLC | Riley (Gerhart) Kingman (Butler) | Nat'l Coop Refining LLC | Riley (op cit.) Kingman (op. cit.) Graham (Anderson A&B) (See Farmland) | Nat'l Coop Refining LLC | Riley (op cit.) Kingman (op. cit.) Graham (op. cit.) |
| Equiva (Texaco Shell) | Sedgwick (Bartholmew) Barton (U.E. Wells) | Equiva | Sedgwick (op. cit.) Barton (op. cit.) | Equiva | Sedgwick (op. cit.) Barton (op. cit.) |
| Farmland October Allied with Nat'l Coop Ref. | Graham (Anderson) A & B | See above Nat'l Coop Ref., LLC | Graham Anderson A&B See Above Nat'l Coop | Nat'l Coop Ref. | (Graham See Above) Nat'l Coop |
| Genesis Crude | Stafford (Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Genesis Cruude | Stafford (op. cit.) Rawlins (op. cit.) Rooks (op. cit.) | Genesis Crude | Stafford (op. cit.) Rawlins (op. cit. Rooks (op.cit.) |
| Graham Michaelis | Kingman (Brown C) | Berexco Inc. Central Crude Condensate Graham Michaelis | Kingman (Brown C) | Berexco, Inc. Central Crude | Kingman (op. cit.) |

| | | | | | |
|---|---|---|---|---|---|
| Graves Drilling | Kingman (Butler) | Graves Drilling (Dynagy) | Kingman (op. cit.) | Woolsey Petr. (bought Graves) | Kingman (op. cit.) |
| Kansas Gas Supply | Kingman (Voran A&G) | Barr Energy & OneOak Field Services<br><br>Also called OneOak Midstream Gas Supply | Kingman (Voran A&G) | Barr Energy OneOak Field Services<br><br>Also called OneOak Midstream Gas Supply | Kingman (op. cit.) |
| Lario Oil | Kearny (Johnson 1-4) | Lario Oil | Kearny (op. cit.) | Lario Oil | Kearny (op. cit.) |
| Mobil | Kearny (Johnson 1 thru 4) (7 wells) | Exxon-Mobil Corp. (Merged) | Kearny (op. it.) | Exxon Mobil Corp. | Kearny (op. cit.) |
| Ocean Energy (1099 Merit Energy) | Kingman (Spivey Unit Source) | Ocean Energy and Merit | Kingman (op. cit.) | Merit | Kingman (op. cit.) |
| One Oak Resources | Reno (Peace Creek) | OneOak Resources & Red River Energy | Reno (op. cit.) | Red River Energy | Reno (op. cit.) |
| Osborn Heirs | Kearny (Johnson) Multiple Wells | Osborn Heirs | Kearny (op. cit.) | Osborn Heirs | Kearny (op. cit.) |
| Penn Z Energy (was Pennzoil Quaker State) | Kearny (Johnson) 3 wells | Devon | Kearny (op. cit.) | Devon Energy | Kearny (op. cit.) |
| Plains Petroleum op. Allied with Barrett | Kearny (Johnson Unique) 3 wells | Plains Petrol. Merged Barrett | Kearny (op. cit.) | Plains Petrol Barrett then Williams Prod. 8/30/2001 | Kearny (op. cit.) |
| Sequoyah Trading & Transport | Kingman (Voran A&G) | Sequoyah T&T & Barr Energy | Kingman (op. cit.) | Barr Energy | Kingman (op. cit.) |
| Vastar | Kearny (Tate) | Vastar Acquired by British Petrol. | Kearny (op. cit.) | Vastar (B.P.) See Page 1 2002 | Kearny (op. Cit.) |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| S.P. America Production includes Old Amoco and Vastar | Morton (Bear, Light, Evans) Kearny (Johnson and Tate) | B.P. America Production | Morton (Bear, Light, Evans) Kearny (Johnson and Tate) | B.P.America and Amoco Settlement (Youngren vs. Amoco) 1999 | Morton (Bear, Light, Evans) Kearny (Johnson) |
| Nat'l Coop Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) | National Coop Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) | National Coop. Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) |
| Instead of Equiva, Now Seminole Transport | Sedgwick Bartholemew 6 - 10 Barton (U.E.Wells No income) | Seminole Transport | Sedgwick( 6 - 10 Bartholemew Unit) | Seminole Transport Name Change to Semcrude, L.P. | Sedgwick (6-10 Bartholomew Tract) |
| Genesis then Eaglewing Trading | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) |
| Berexco, Inc. Central Crude | Kingman (Brown-C) Condensate | Berexco, Inc. Central Crude | Kingman (Brown C) Condensate | Berrexco, Inc. Central Crude (Condensate) only | Kingman (Butler) |
| Woolsey Petrol See Page 2, 2001 | Kingman (Butler) | Woolsey Petrol | Kingman (Butler) | Woolsey Petrol. | Kingman (Butler) |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2005 | | 2006 | | 2007 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| B.P.America | Morton (Bear, Light, Evans) Kearny (Johnson) | B.P.America | Morton (Bear, Light, Evans) Kearny (Johnson) | B.P. America | Morton Kearny |
| National Coop. Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A&B) | National Coop. Ref., LLC | Riley (Gerhardt) Graham (Anderson A&B) | National Coop Red., LLC | Riley Kingman Graham |
| Semicrude L.P. | Sedgwick (6-10 Bartholomew Tract) | Semicrude L.P. | Sedgwick Tract 6-10 Bartholomew | Semicrude L.P. | Sedgwick |
| Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. L.P. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing L.P. | Stafford Rawlins Rooks |
| Berrexco, Inc. Central Crude (Condensate) only | Kingman (Butler) | Berrexco, Inc. Central Crude (Condensate) only | Kingman (Butler) | Central Crude (Condensate) | Kingman |
| Woolsey Petrol. | Kingman (Butler) | Woolsey Op. Co. LLC | Kingman (Butler) | Woolsey Op. Co. LLC | Kingman |
| Barr-Energy, LLC | Kingman (Voran A&G) | Barr-Energy, LLC | Kingman (Butler) | Barr-Energy LLC or High Sierra Crdue | Kingman |
| Oneoak Midstream (name change) | Kingman (Voran A&G) | Oneoak Midstream Gas Supply | Kingman (Voran A&G) | Oneoak Midstream Gas Supply | Kingman |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2005 | | 2006 | | 2007 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Lario Oil & Gas | Kearny Johnson 1-4 & (Johnson Unique 0 3 wells) | Lario Oil & Gas | Kearny Johnson 1-4 & (Johnson Unique 0 3 wells) | Lario Oil & Gas | Kearny |
| Exon Mobil | Kearny (Johnson 1-4) | Exon Mobil | Kearny (Johnson 1-4) | Exon Mobil | Kearny |
| Merit Energy | Kingman (W.Spivey Unit) | Merit Energy | Kingman (W.Spivey Unit) | Merit Energy | Kingman |
| Petro Hawk Energy includes Red River Energy | Reno (Peace Creek) | Petro Hawk Energy Corp. | Reno (Peace Creek) | Petro Hawk Energy Corp | Reno |
| Osborn Heirs | Kearny (Johnson - 12 wells) | Osborn Heirs | Kearny (Johnson - 12 wells) | Osborn Heirs | Kearny |
| Devon Energy Prod. | Kearny (Johnson -3 wells) | Devon Energy Prod. | Kearny (Johnson -3 wells) | Devon Energy Prod | Kearny |
| | | Settlement Thompson Law Firm, L.L.C. | Stevens Co. Smith v. Amoco Case #99021 | | |
| | | Coffeyville Res. L.L.C. | Riley-Gehrt Graham Anderson | Coffeyville Res. L.L.C. | Riley and Graham |
| | | Central Crude Corp. | Kingman Brown C Condensate only | Central Crude Corp Condensate | Kingman |

# SCHEDULE A.

Assets from ███████████ Trust
at Liberty National Bank & Trust Co. of Oklahoma City

| MINERAL INTEREST | Value | ███ Half Interest |
|---|---|---|
| **Graham County KS** | | |
| GRAHAM CO. KS ██████ UND ██████████ | $ 112.50 | $ 56.25 |
| GRAHAM CO. KS ████████ UND ██ ██████████████ ███ | 1,791.00 | 895.50 |
| GRAHAM CO. KS ████████ UND ██████████ | 316.36 | 158.18 |
| **Kearny County KS** | | |
| KEARNY CO. KS ████████ UND ██████████ | 4,533.34 | 2,266.67 |
| KEARNY CO. KS ████████ UND ████████████ | 457.38 | 228.69 |
| KEARNY CO. KS ████████ UND ███████ | 3,400.74 | 1,700.37 |
| KEARNY CO. KS ████████ UND ████████ LOTS ████████ ███████████████ | 5,760.51 | 2,880.26 |
| KEARNY CO. KS ████████ UND ████████████ LOTS ██ ████████████ | 4,669.84 | 2,334.92 |
| KEARNY CO. KS ████████ UND ████████████████ ████████ | 6,709.50 | 3,354.75 |
| KEARNY CO. KS ████████ UND, ████████████████ ███████████ | 4,059.79 | 2,029.90 |
| KEARNY CO. KS ████████ UND ████████████████ ███████████ | 3,002.23 | 1,501.12 |

KINGMAN CO. KS ███████ UND                                 178.44          89.22

                           ██████ BUTLER LEASE
KINGMAN CO. KS ███████ UND                               1,896.37         948.19

KINGMAN CO. KS ███████ UND                               2,549.27       1,274.64

KINGMAN CO. KS ███████ UND                               5,933.70       2,966.85

## Morton County, KS

MORTON CO, KS ███████ UND                                  869.61         434.81

██████ AMOCO,

## Norton County, KS

~~NORTON CO. KS ███████ UND~~                            ~~450.00~~      ~~225.00~~

## Rawlins County KS

RAWLINS CO. KS ███████ UND ██████                        2,539.44       1,269.72

## Reno County, KS

RENO CO. KS ███████ UND ███                                 780.64         390.32

## Riley County KS

RILEY CO. KS ████ UND ██████                             3,638.00       1,819.00

2



ROOKS CO. KS ████ ── UND ████                      135.00        67.50
████████████
ROOKS CO. KS ████ UND ██                           763.96       381.98
████████████

Sedgwick County, KS

SEDGWICK CO, KS ████ UND.                          112.50        56.25
████████████████
PERMIAN CORP.
SEDGWICK CO, KS ████ UND.                        1,575.00       787.50
████████████████████
████████████████████

Stafford County, KS

STAFFORD CO, KS ████ UND.                          112.50        56.25
████████ , PESTER RE

## OVERRIDING ROYALTY INTEREST

Barton County, KS

BARTON CO, KS ████ UND.                          2,425.72     1,212.86
████████████
████

Ellis County, KS

ELLIS CO, KS ████ UND ██                           139.72        69.86
████████████████

Kansas Total Value ——— $29,456.56

3

**Carson County, TX**

| | | |
|---|---|---|
| CARSON CO. TX ▉▉▉▉ UND. | 1,649.48 | 824.74 |
| ▉▉▉▉, COOPER A & G. | | |

**Gray County, TX**

| | | |
|---|---|---|
| GRAY CO. TX ▉▉▉▉ UND. ▉▉▉▉ | 6,248.66 | 3,124.33 |

Texas Total Value ———— $3.949.07

**Garvin County, OK**

| | | |
|---|---|---|
| GARVIN CO, OK ▉▉▉ UND 1/10 ▉▉▉▉ | 539.84 | 269.92 |

Logan County, OK

| | | |
|---|---|---|
| LOGAN CO, OK ▉▉▉ UND. ▉▉▉ | 1,565.71 | 782.86 |
| LOGAN CO, OK ▉▉▉ UND. ▉▉▉ | 1,500.00 | 750.00 |
| LOGAN CO, OK ▉▉▉ UND. ▉▉▉ | 750.00 | 375.00 |
| LOGAN CO. OK UND ▉▉▉ | 150.00 | 75.00 |
| LOGAN CO, OK ▉▉▉ UND. ▉▉▉ | 1,000.00 | 500.00 |

**Pontotoc County, OK**

| | | |
|---|---|---|
| PONTOTOC CO. OK ▉▉▉ UND ▉▉▉ LOT ▉ ▉▉▉ | 750.00 | 375.00 |
| PONTOTOC CO, OK ▉▉▉ UND. ▉▉▉ | 389.76 | 194.88 |

4

| | | |
|---|---|---|
| PONTOTOC CO. OK ▓▓▓ UND. ▓▓▓ | 75.00 | No lease or pool wells. |
| PONTOTOC CO. OK ▓▓▓ UND. ▓▓▓ | 1,483.26 | 741.63 |
| PONTOTOC CO, OK ▓▓▓ UND. ▓▓▓ | 281.25 | 140.63 |
| PONTOTOC CO, OK ▓▓▓ UND. ▓▓▓ LOT ▓, ▓▓▓ | 31.25 | 15.63 |

Woods County OK

| | | |
|---|---|---|
| WOODS CO, OK ▓▓▓ UND 1/8 ▓▓▓ | 750.00 | 375.00 |

Woodward County, OK

| | | |
|---|---|---|
| WOODWARD CO, OK ▓▓▓ UND ▓▓▓ UND ▓▓▓ | 1,725.00 | 862.50 |

TERM ROYALTY INTEREST

Logan County, OK

| | | |
|---|---|---|
| LOGAN CO, OK ▓▓▓ UND ▓▓▓ | 611.60 | 305.80 |
| Oklahoma Total Value -- | | $5,763.83 |

(Please see next page for Remarks)

5

## SCHEDULE A

Properties from Estate ██████████████
(Judge Holloway ███████████████
received a 1/3 interest in the properties
listed below, being ██████████
████████████████████

### Royalty and Working Interests

| Complete Legal Description | Income | Value |
| --- | --- | --- |
| ███████████████████████ ███, Grant Co., Ok . | None | $ 200 |
| 1/2 Interest in ██████████ ███████████, Woods Co., Ok | None | 200 |
| 1/2 Interest in Lot █████████ ███████████, Woods Co., Ok | None | 200 |
| .109375 W.I. in ARlo ██████████ ████████, Garfield Co., Ok. | None | 3,500 |

### Realty Interests

| Complete Legal Description | Income | Value |
| --- | --- | --- |
| Undivided 1/2 Interest in Lots ████████████Jonesville Addn to City, JF Enid, Ok. Also 17' strip along Westside of said lots* | None | 40,000 |

*This is the property whose sale in February 1995 at a loss is described at Item 20 in Part VII of earlier report.

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 06/01/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544